AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

**CRIMINAL COMPLAINT**

ADAM TREJO, JR.
DOB:
PDID:

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 2, 2006__ in __WASHINGTON__ county, in the _____

District of __COLUMBIA__ defendant did, (Track Statutory Language of Offense)

having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a Smith and Wesson M 3913 9mm Semi-automatic pistol.

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__.

I further state that I am __SPECIAL AGENT JASON SHATARSKY__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
SPECIAL AGENT JASON SHATARSKY
U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT (ICE)

Sworn to before me and subscribed in my presence,

at __Washington, D.C.__
City and State

Date

Name & Title of Judicial Officer

Signature of Judicial Officer