## STATEMENT OF FACTS

On Friday, June 2, 2006, at about 7:30 p.m., members of the U.S. Immigration and Customs Enforcement (ICE) along with detectives from the Metropolitan Police Department (MPD) conducted a controlled delivery of approximately 500 grams of cocaine to ⋮ N., Washington, D.C. Once the delivery was made, agents executed a search warrant at the above location. The defendant was in the residence when the agents entered and once the premises was secured, the agents recovered a Smith and Wesson 9mm semi-automatic pistol from under the bed in the defendant, Adam Trejo, Jr.'s bedroom. The defendant admitted to agents that the firearm recovered belonged to him. To the best of the undersigned officer's knowledge, defendant Adam Trejo, Jr. has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in Superior Court, Washington, D.C., Criminal Case No. 2004-FEL-005801. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crimes. He wrote his initials on the computer print-outs that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge, there are no Smith & Wesson 9mm semi-automatic pistols nor ammunition manufactured in the District of Columbia.


SPECIAL AGENT JASON SHATARSKY
DHS-ICE/WDC


SWORN AND SUBSCRIBED BEFORE ME
ON THE _____ DAY OF JUNE, 2006.


U.S. MAGISTRATE JUDGE

TOTAL P.02