2006 FDC 011224          File Date: **06/03/2006**

**UNITED STATES Vs. TREJO N ADAM**          06 - 259 - M - 01

PDID #

Lock up number:

No Bond
Come up Issued.

**FILED**

JUN 0 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT